UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS GONZALEZ,

Plaintiff,

– *against* –

INN ON THE HUDSON LLC,

Defendant.

**ORDER**

20 Civ. 9196 (ER)

RAMOS, D.J.:

On November 3, 2020, Jesus Gonzalez brought this action against Inn on the Hudson LLC ("Hudson"), alleging denial of full and equal access to a website owned by Hudson. Doc. 1. In an opinion and order dated March 30, 2022, the Court dismissed all of Gonzalez's claims and granted him leave to replead by April 29, 2022. *See* Doc. 17. The Court's order specifically concluded, "Gonzalez may file an amended complaint, if at all, by April 29, 2022. If he does not do so, the case will be closed.." *Id.* at 8.

Gonzalez has neither filed any amended complaint nor requested an extension of time to do so. Accordingly, the Court hereby dismisses this action without prejudice. The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: October 7, 2022
New York, New York

EDGARDO RAMOS, U.S.D.J.